**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2204**

EMMANUEL EDOKOBI,

             Plaintiff - Appellant,

      v.

M & M MORTGAGE SERVICES, INC.; JUAN GONZALEZ; MORTGAGE
SPECIALIST, INC.,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:13-
cv-03707-PWG)

Submitted:  March 17, 2015            Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuel Edokobi, Appellant Pro Se.  Stephen James Marshall,
Andrew Thor Stephenson, FRANKLIN & PROKOPIK, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edokobi appeals the district court's order granting the motion to dismiss filed by M & M Mortgage Services, Inc., and Juan Gonzalez and dismissing his complaint against all Defendants as barred by the doctrine of res judicata.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edokobi v. M & M Mortg. Servs., Inc., No. 8:13-cv-03707-PWG (D. Md. Oct. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the prefiling injunction determination remains pending in the district court, it appears that the district court has completed its consideration of the merits of this case based on its dismissal of Edokobi's claims. See Ray Haluch Gravel Co. v. Cent. Pension Fund of the Int'l Union of Operating Eng'rs & Participating Emp'rs, 134 S. Ct. 773, 779 (2014) (holding pending motion for attorney's fees collateral to merits for finality purposes). We therefore conclude that the district court's order dismissing Edokobi's complaint as barred by res judicata is final and appealable.